UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

LORI A. RATHBONE, )
    Plaintiff, )
)
v. ) Civil No. 2:18-CV-00153-CR
)
)
Commissioner of Social Security, )
    Defendant. )

## ORDER

    The parties agree, and I hereby find, that Plaintiff is entitled to an award of EAJA attorney's fees in the amount of five thousand, nine hundred dollars ($5,900.00), plus costs in the amount of fourty two dollars and eleven cents ($42.11) pursuant to 28 U.S.C. § 1920; that the EAJA Application was filed by and for the Plaintiff and properly seeks an award of attorney's fees for the Plaintiff and not for counsel; that under the circumstances of this case, the EAJA fee has been assigned to counsel by written assignment dated September 17, 2018; and that the award of attorney's fees and costs be made payable to Phyllis E. Rubenstein, Esq. as assignee of Petitioner Lori A. Rathbone, so long as Petitioner owes no debt to the Government that would be subject to offset.

    SO ORDERED.

    Dated at Burlington, in the District of Vermont, this 16th day of October, 2020.

Christina Reiss, District Judge
United States District Court